HELEN FERRY, Appellant, v JAMES E. FERRY et al., Respondents, et al., Defendant.

Submitted August 20, 2007; decided October 23, 2007

Reported below, 34 AD3d 908.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DOMINICK GIAQUINTO, Appellant, v COMMISSIONER OF NEW YORK STATE DEPARTMENT OF HEALTH, Respondent, et al., Respondent.

Submitted August 27, 2007; decided October 23, 2007

Reported below, 39 AD3d 922.

Motion by the Empire Justice Center for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.